## LICENSING BOARD v. WOODARD

No. 122 PC.

Case below: 27 N.C. App. 398.

Petition for discretionary review under G.S. 7A-31 denied 17 December 1975.

## PEELE v. SMITH

No. 108 PC.

Case below: 27 N.C. App. 274.

Petition for discretionary review under G.S. 7A-31 denied 2 December 1975.

## PIERCE v. BLOCK CORP.

No. 114 PC.

Case below: 27 N.C. App. 276.

Petition for discretionary review under G.S. 7A-31 denied 2 December 1975.

## RODGERSON v. DAVIS

No. 109 PC.

Case below: 27 N.C. App. 173.

Petition for discretionary review under G.S. 7A-31 denied 2 December 1975.

## STATE v. CLAY

No. 98 PC.

Case below: 27 N.C. App. 118.

Petition for discretionary review under G.S. 7A-31 denied 2 December 1975.